IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ELMORE S. WELCH, JR.,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 09-0534-WS-C |
| **ERIC HOLDER, et al.,** | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for lack of subject matter jurisdiction.

**DONE** this 14th day of December, 2009.

<u>s/WILLIAM H. STEELE</u>
**UNITED STATES DISTRICT JUDGE**