IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ELMORE S. WELCH, JR.,** | : |
| Plaintiff, | : |
| vs. | :     **CIVIL ACTION 09-0534-WS-C** |
| **ERIC HOLDER, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** this 14th day of December, 2009.

                                     s/WILLIAM H. STEELE
                                     **UNITED STATES DISTRICT JUDGE**